Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>JOHN ALEX JEFFERSON,<br><br>             Defendant. | No. CR14-246 RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's Motion for Withdrawal and Substitution of Counsel. Having considered the motion and the files and pleadings herein, and finding good cause,

IT IS ORDERED that Defendant John Alex Jefferson's Motion for Withdrawal and Substitution of Counsel (Dkt. #102) is GRANTED. Allen Ressler is permitted with withdraw and Sara Brin and the Federal Public Defender's Officer are permitted to substitute as counsel of record for Defendant John Alex Jefferson.

DATED this 27th day of July, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge