Hon. Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN JEFFERSON, JR., <br><br> Defendant. | NO. CR14-00246 RAJ <br><br> ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RELEASE FROM DETENTION |

This matter comes on before the above-entitled Court by the defendant's motion for temporary release from detention for the sole purpose of attending a gravesite memorial service for his brother. Having considered the entirety of the records and files herein, there being no opposition by the Government and the Probation Office, and good cause appearing, Defendant's Motion for Temporary Release (Dkt. #106) is GRANTED.

IT IS HEREBY ORDERED that the United States Marshal shall arrange to have John Jefferson, Jr., temporarily released from the Federal Detention Center at 8:00 a.m. on Wednesday, September 6, 2017, to his father, John Jefferson, Sr.

IT IS FURTHER ORDERED that John Jefferson Jr. be released on the condition that he travel directly to the Lummi Nation Cemetery at 3681-3833 Lummi Shore Rd., Bellingham, Washington 98226, with and in the company of John Jefferson, Sr., and that he engage in no activity other than that of attending said gravesite services.

ORDER GRANTING EMERGENCY MOTION
FOR TEMPORARY RELEASE - 1
*USA v. Jefferson / CR14-0246RAJ*

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that Mr. Jefferson shall not consume alcohol or drugs, and shall commit no crimes or infractions.

IT IS FURTHER ORDERED that upon completion of his brother's gravesite service on September 6, 2017, John Jefferson Jr. shall immediately self-report to the Federal Detention Center no later than 6:00 p.m. on September 6, 2017.

DATED this 5th day of September, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING EMERGENCY MOTION
FOR TEMPORARY RELEASE - 2
*USA v. Jefferson / CR14-0246RAJ*

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**